UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-20411-Gayles

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                                                **NOTICE OF TEMPORARY**
                                                                  **APPEARANCE AS COUNSEL**

Felix Nicholas Navarro

          Defendant.
_____/

COMES NOW ___David Trontz___ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): David Trontz

Counsel's Signature: /s/ David M. Trontz

Address (include City/State/Zip Code):

100 Almeria Ave, Suite 230
Coral Gables, FL 33134

Telephone: 305 444-0030     Florida Bar Number: 948111

Date: Dec. 9, 2024