# MINUTE ORDER

Page 4

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 12/9/24     Time: 1:00 p.m.

Defendant: Felix Nicholas Navarro          J#: 50398-511     Case #: 24-CR-20411-GAYLES(SEALED)

AUSA: Tom Watts-Fitzgerald          Attorney: David Trontz - Temp

Violation: Access Device Fraud/Aggravated Identity Theft/Theft of Government Funds     Surr/Arrest Date: 12/9/24     YOB: 1982

Proceeding: Initial Appearance          CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No     Recommended Bond:

Bond Set at:                                   Co-signed by:

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☑ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☑ Other: Deft shall no possess or have access to

Language: English

Disposition:
- Deft advised of rights & charges
- Gov't's motion to unseal case GRANTED
- Stip $50,000 10% w/Nebbia
  & $100,000 PSB w/co-signer

- Brady Order given

{ Credit cards or personal identifiers of others; Deft was allowed to remain at current employment based on point of sale machine

Time from today to 1/3/24 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 12/23
PTD/Bond Hearing:                 10:00   Duty   Miami
Prelim/Arraign or Removal: 12/23
Status Conference RE:

D.A.R. 13:09:37 / 13:23:26          Time in Court: 15 minutes

s/Lisette Marie Reid                    Magistrate Judge